# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHAWN BURNS,

    Plaintiff,

v.                                       Case No. 6:21-cv-582-JA-EJK

MOIRA LOZADA, PARKER BELLAIRE and UNITED STATES OF AMERICA,

    Defendants.

_____

## ORDER

It is **ORDERED** that the parties shall submit memoranda not exceeding 10 pages in length on or before July 7, 2021, explaining why this action is not precluded by the extensive prior litigation in Case No. 6:19-cv-9-JA-KRS, including the affirmance by the 11th Circuit in Case No. 19-12992.

**DONE** and **ORDERED** in Orlando, Florida, on June 24, 2021.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record